# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-4827-CAS (SH) | Date | June 13, 2011 |
|---|---|---|---|
| Title | Anthony Becerra v. R. Trimble | | |

| Present: The Honorable | Stephen J. Hillman | | |
|---|---|---|---|
| Sandra Butler | | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings:**        (IN CHAMBERS)

This case has been referred to Magistrate Judge Stephen J. Hillman. All future pleadings and correspondence shall be addressed to Sandra Butler, Clerk to Magistrate Judge Hillman, Roybal Federal Building, U.S. District Court, 255 East Temple Street, Los Angeles, CA 90012.

In preparing and submitting all pleadings, petitioner must comply with the following:

1. At the top of page 1 (or the cover sheet, if any), petitioner shall provide his/her precise name and mailing address (including any prisoner number or dorm, wing or building number) required for mail to be properly delivered. The address provided will be presumed correct and will be used to communicate with petitioner. During the pendency of the action, petitioner must notify the court immediately if his/her
address changes and must provide the court with the new address and its effective date. Any failure by petitioner to comply with a court order where petitioner did not receive the order due to failure to inform the court of petitioner's current address may result in the action being dismissed for petitioner's failure to prosecute. See Carey v. King, 856 F.2d 1439, 1440-1441 (9th Cir. 1988).

2. Petitioner shall write/type legibly;

3. Only 1 side of each page shall be used;

4. Petitioner shall submit 1 original document and 1 copy or, of a pleading presented for filing. If petitioner wishes to receive a conformed copy, 1 original and 2 copies must be

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-4827-CAS (SH) | Date | June 13, 2011 |
|---|---|---|---|
| Title | Anthony Becerra v. R. Trimble | | |

submitted. The Clerk will not make photocopies for you except for good cause shown.

5. Each document shall have at least a 1 inch margin at the top of each page so that the document can be 2-hole punched and properly bound in the court file;

6. Petitioner shall type or write the original document using an ink (not pencil) sufficiently <u>dark</u> so that it can be photocopied clearly.

7. Strict compliance with Local Rule 5-3.1 regarding Proof of Service will be required. If any pleading or other paper submitted by the petitioner to be filed and considered by the Court does <u>not</u> include a certificate of service upon respondent(s), or counsel for respondent(s), it will be stricken from this case and disregarded by the Court.

Any document submitted that does not comply with the foregoing may be denied consideration by the court. Correspondence (letters) will not be considered by the Magistrate Judge. Correspondence should be addressed to the Clerk only, not the Magistrate Judge.

Compliance with these requirements will expedite consideration of your case.

cc: Magistrate Judge Hillman
     Parties of Record

                                                                                                                     : 

Initials of Preparer